UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 1:17-CR-381 |
| v. | : Chief |
| | : (JUDGE Conner) |
| CLAY AARON RASP, | : |
| Defendant. | : |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA
DEC 6 2017
Per _____ Deputy Clerk

COUNT 1

(Distribution of Child Pornography)
(Title 18, United States Code, Sections 2252A(a)(2) and (b))

Between on or about January 18, 2017, and on or about July 8, 2017, in Fulton County, within the Middle District of Pennsylvania, the defendant,

CLAY AARON RASP,

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer and that has been shipped or transported using any means or facility of interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT 2

(Possession of Child Pornography)
(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b))

Between on or about January 1, 2014, and on or about October 4, 2017, in Fulton County, within the Middle District of Pennsylvania, the defendant,

### CLAY AARON RASP,

knowingly possessed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including any image of child pornography involved in the offense of a prepubescent minor or a minor who had not attained 12 years of age, that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer and that has been shipped or transported using any means or facility of interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b).

### COUNT 3

(Production of a Morphed Image of Child Pornography)
(Title 18, United States Code, Section 2252A(a)(7))

Between on or about May 14, 2015, and on or about November 12, 2016, in Fulton County, within the Middle District of Pennsylvania, the defendant,

### CLAY AARON RASP,

knowingly produced with intent to distribute, by any means, including a computer, in or affecting interstate or foreign commerce, child pornography as defined in Title 18, United States Code, Section 2256(8)(C) that is, an adapted or modified depiction of an identifiable minor as defined in Title 18, United States Code, Section 2256(9).

All in violation of Title 18, United States Code, Section 2252A(a)(7).

A TRUE BILL


FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

By: _____          2017-DEC-06
CHELSEA B. SCHINNOUR                 DATE
ASSISTANT U.S. ATTORNEY